| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:20CR00190-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:24-cr-00139-CDS-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ean Pernell Hendrix | District of Utah | Central Region |
| | NAME OF SENTENCING JUDGE | |
| | Howard C. Nielson, Jr., U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM: May 9, 2024 | TO: May 8, 2027 |

**OFFENSE**
Felon in Possession of a Firearm and Ammunition

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
A transfer of jurisdiction should be considered due to Mr. Ean Hendrix having a number of family members in the area of the proposed receiving district. Mr. Ean Hendrix has also established communication with the probation officer in the District of Nevada, who has began helping him overcome some stability issues, moving forward. The District of Nevada has requested jurisdiction be transferred to their office.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE          DISTRICT OF    Utah

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Nevada    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

6/3/2024
Date

*signed*
Honorable Howard C. Nielson, Jr.
U.S. District Judge

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE          DISTRICT OF    Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 13, 2024
Effective Date

*signed*
Cristina D. Silva
United States District Judge